Abrams, Fensterman, Fensterman, Eisman,
Formato, Ferrara, Wolf & Carone, LLP
81 Main Street, Suite 306
White Plains, New York 10601
Robert A. Spolzino

*Counsel for plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | Chapter 11 - Post Confirmation |
| MOSDOS CHOFETZ CHAIM INC., | Case No. 12-23616 (RDD) |
| Debtor. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CONGREGATION RADIN DEVELOPMENT INC., AARON D. GEWIRTZMAN, BENT PHILIPSON, DANIEL ROSENBLUM, JOSEPH GRUNWALD, MARK BLISKO, SHIMON ZAKS and RABBI MAYER ZAKS, | Adv. Proc. No. 21-7030 (RDD) |
| Plaintiffs, | |
| -against- | **NOTICE OF MOTION** |
| YOM T. HENIG, SAMUEL MARKOWITZ, STEVEN GREEN, DANIEL GREEN and YEHUDAH BLUMINFELD, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that, upon the Plaintiffs' Memorandum of Law in Support of Their Motion to Withdraw the Reference dated June 24, 2021 and accompanying declaration of Robert A. Spolzino dated June 24, 2021 and the exhibits attached thereto, and upon all the papers and proceedings had herein, plaintiffs Congregation Radin Development Inc., Aaron Gewirtzman,

1

Bent Philipson, Daniel Rosenblum, Joseph Grunwald, Mark Blisko, Shimon Zaks and Rabbi Mayer Zaks will move this Court, before the Honorable Philip M. Halpern, United States District Judge for the Southern District of New York, at the The Honorable Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150, on a date and at a time to be designated by the Court, for an Order, pursuant to 28 U.S.C. § 157(d), withdrawing the reference to the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b)(2), any opposing affidavits and answering memoranda shall be served within fourteen days after service of the moving papers.

Dated:   White Plains, New York
         June 24, 2021

                    Respectfully submitted,

              Abrams, Fensterman, Fensterman, Eisman,
              Formato, Ferrara, Wolf & Carone, LLP

          By: _____
                    Robert A. Spolzino
                   81 Main Street, Suite 306
                 White Plains, New York 10601

                    *Counsel for plaintiffs*

2