# ABRAMS AF FENSTERMAN

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP

Attorneys at Law

81 Main Street, Suite 306
White Plains, New York 10601

...ZINO

...com

> Application granted. Plaintiffs shall file their motion by August 2, 2021; Defendants shall file their opposition by August 9, 2021; Plaintiffs shall file their reply by August 16, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 7.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 23, 2021

**Via ECF**

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States C...
300 Quarropas Street
White Plains, New York 10601-4150

  Re: *Congregation Radin Development Inc. v. Henig,*
     21 Civ. 5679 (PMH)

Dear Judge Halpern:

  I am writing to request that the Court set a briefing schedule and return date on the plaintiffs' motion, pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011 and Local Bankruptcy Rule 5011-1, for the entry of an order directing that the reference of the above action to the United States Bankruptcy Court for the Southern District of New York (the "Motion") be withdrawn.

  In accordance with Local Bankruptcy Rule 5011-1, the plaintiffs filed the Motion with the Bankruptcy Court in Adversary Proceeding no. 21-7030 (RDD) on June 24, 2021. The Motion was subsequently transferred to the District Court on June 30, 2021 and assigned to you as related to *Congregation Radin Development Inc. v. Henig,* 21 Civ. 5227 (PMH) on July 2, 2021.

  We did not request a pre-motion conference in accordance with the Court's Individual Rules of Practice before filing the Motion because of the requirement of Local Bankruptcy Rule 5011-1 that the Motion be filed with the Bankruptcy Court. At the time of filing, therefore, the Motion was not assigned to you.

  We therefore respectfully request that the Court set a briefing schedule and a return date on the Motion.

Thank you for your consideration of this request.

Respectfully yours,

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP
*Attorneys for Rabbi Mayer Zaks*

/s/
Robert A. Spolzino

cc: All counsel
(By ECF)