UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------X

| | |
|---|---|
| CONGREGATION RADIN DEVELOPMENT INC., AARON D. GEWIRTZMAN, BENT PHILIPSON, DANIEL ROSENBLUM, JOSEPH GRUNWALD, MARK BLISKO, SHIMON ZAKS and RABBI MAYER ZAKS, | : Docket No. 21-cv-05679 : : : |
| Plaintiffs, - against - | : : |
| YOM T. HENIG, SAMUEL MARKOWITZ, STEVEN GREEN, DANIEL GREEN and YEHUDAH BLUMINFELD, | : : |
| Defendants. | : |

----------------------------------------------X

### ORDER DENYING PLAINTIFFS' MOTION TO WITHDRAW THE REFERENCE OF THE ABOVE-CAPTIONED MATTER TO THE BANKRUPTCY COURT

The above-captioned action having been commenced in the Supreme Court of the State of New York, County of Rockland, under Index No. 33145/2021) on June 8, 2021, and the same having removed to this Court on June 11, 2021; and this Court having referred the case to the United States Bankruptcy Court for the Southern District of New York pursuant to the January 31, 2012 Standing Order of Reference of Chief Judge Loretta A. Preska filed as M-10-468 in docket No. 12-mc-00032 [DE-2 in Docket No. 21-cv-05227; and Plaintiffs having moved this Court on June 24, 2021 for an order withdrawing that reference to the Bankruptcy Court and remanding this matter to the state court [the "Motion," DE-1 herein]; and the Court having received and considered the Motion, the Declaration of Robert A. Spolzino, Esq. with exhibits [DE-3 herein], the Plaintiffs' Memorandum of Law [DE-4 herein], and the Plaintiffs' Reply Memorandum of Law [DE-12 herein], all submitted in support of the Motion; and the Court having considered the Defendants' Joint Opposition Brief [DE-3 in SDNY Docket No. 21-cv-5227], submitted in opposition to the

Motion; and the Court having conducted oral argument of the Motion on January 5, 2022 [the "Oral Argument"], and the Court having considered the arguments of counsel for the respective parties made during the Oral Argument, all as reflected on the transcript of the Oral Argument, and after due deliberation having been had with respect thereto, for the reasons set forth on the record at the Oral Argument, it is hereby

**ORDERED** that Plaintiffs' Motion for a withdrawal of the reference of this matter to the Bankruptcy Court and a remand of the same to the State Court is hereby **DENIED** in all respects.

Dated: White Plains, New York
        January 6, 2022

_____
Hon. Philip M. Halpern
United States District Judge